REICH, Respondent, v. E. W. BLISS BUILDINGS, Inc., Appellant. SAME v. LANE et al. SAME v. LANE. (Supreme

Court, Appellate Division, First Department. May 9, 1913.) Actions by Elizabeth Reich against the E. W. Bliss Buildings, Incorporated, against Eva M. B. Lane and another, and against Eva M. B. Lane. R. W. Crawford, of New York City, for appellant. H. A. Wise, of New York City, for respondent. No opinion. Order (73 Misc. Rep. 20, 130 N. Y. Supp. 827) affirmed, with $10 costs and disbursements. Orders filed.